IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                   ORDER

      Plaintiff,

                   08-cr-84-bbc

  v.

REED ROGALA,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Defendant Reed Rogala has written to the court asking for reconsideration of the order entered on August 24, 2012, granting his request to adjust the condition of his supervision relating to alcohol use and denying his request for modification of the order directing him to pay a fine of $100,000. The request for reconsideration will be denied.

    Defendant has said nothing that justifies modifying the condition to pay a fine in monthly increments of $250 at this time. As I explained in the August 24, 2012 order, his probation officer retains the discretion to seek a modification of the order from the court. If defendant's supervising probation officer is persuaded that defendant is making a concerted effort to pay the fine but is prevented from doing so by factors outside his control, the officer can apply to the court for a reduction in the monthly amount. Defendant is not required to pay the fine in a lump sum; he is required only to make reasonably monthly payments toward the total due. It is too early to know what "reasonable monthly

1

payments" will be for defendant until he is on supervised release.

ORDER

IT IS ORDERED that defendant Reed Rogala's request for reconsideration of the requirement that he make monthly payments of $250.00 toward his fine, dkt. #70, is DENIED.

Entered this 17th day of September, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge